# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ANNE GOLTZ, | Case No. 1:23-cv-00183-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 14) |
| Defendant. | |

On May 17, 2023, the parties submitted a stipulated motion for a first extension of time to file Plaintiff's motion for summary judgment, extending the deadline by thirty days to June 30, 2023. (ECF No. 14.)  The Court finds good cause to grant the first extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 14) is GRANTED;

2. Plaintiff shall have until **June 30, 2023**, to file the motion for summary judgment; and

/ / /

/ / /

/ / /

/ / /

1

1   3.  All remaining deadlines as set forth in the scheduling order (ECF No. 7) shall be

2      modified accordingly.

3

4 IT IS SO ORDERED.

5 Dated: **May 17, 2023**

                UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28